UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher Gilmore,

      Petitioner,

v.                                      **ORDER**
                                Case No. 22-cv-2443 (MJD/TNL)

Martin County Sheriff Department;
Sedgwick County Sheriff Department;
Sedgwick County Board of Commissioners;
Kansas Secretary of Aging and Disabilities,

      Defendants.

Plaintiff Christopher Gilmore is *pro se*.

Matthew Frank, Minnesota Attorney General's Office for Defendant Martin County Sheriff Department.

    This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated October 12, 2022.  (Doc. 5.) No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

    Accordingly, based on the foregoing and the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 5) is **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus 28 U.S.C. § 1455 Motion and Petition for Removal Proceedings (Doc. 1) is **DENIED**;

3. Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 5) is **DENIED AS MOOT**;

4. Petitioner's Motion Seeking Leave to Amend and File Briefs (Doc. 8) is **DENIED AS MOOT**;

5. Petitioner's Motion to Appoint Counsel (Doc. 9) is **DENIED AS MOOT**;

6. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Januar7 30, 2023                     s/Michael J. Davis
                                             Michael J. Davis
                                             United States District Court